(July 12, 1961.)

GERALDINE F. KENDRICK, Appellant, v. JOHN KENDRICK, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.